IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. 3:12-cr-20-KRG-KAP |
| KENNETH IRVING CARTER, | :(Case No. 3:17-cv-171-KRG-KAP) |
| Movant | : |

Memorandum Order

Movant's motion to vacate at ECF no. 1013 was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation on July 13, 2018, recommending that the motion, together with ancillary motions at ECF no. 1016 and ECF no. 1046, be denied. See ECF no. 1047 at Case No. 3:12-cr-20-KRG-KAP.

Movant was notified that pursuant to 28 U.S.C. § 636(b)(1) he had fourteen days to file written objections to the Report and Recommendation. Movant filed objections at ECF no. 1048 at Case No. 3:12-cr-20-KRG-KAP that I have reviewed and reject.

After *de novo* review of the record in this matter, the Report and Recommendation, and the objections thereto, the following order is entered:

AND NOW, this 29th day of October, 2019, it is ORDERED that the motion to vacate at ECF no. 1013, the Motion for Discovery at ECF no. 1016, and the Motion to Expand the Scope of 2255 Proceedings Record at ECF no. 1046 are denied. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark the civil case closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

    Kenneth I. Carter, Reg. No. 47245-039
    F.C.I. Milan
    P.O. Box 1000
    Milan, MI 48160